*Etheridge, Sams & Etheridge,* contra.

---

### 15763. McGEE v. HARDACRE.

LUKE, J. When this case was here before (27 *Ga. App.* 106) the judgment sustaining a general demurrer was reversed because of the amendment referred to in the fourth division of the opinion. Upon the trial of the case the evidence for the plaintiff did not prove the case as laid in the petition as amended. The court therefore properly granted a nonsuit.

          *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

                 DECIDED NOVEMBER 12, 1924.

Action for damages; from Bibb superior court—Judge Mathews. April 23, 1924.

*H. D. Russell, Miller & Garrett,* for plaintiff.

*Ryals & Anderson,* for defendant.